UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                                    21 cr 128 (JGK)

ANTHONY HAMILTON,                                      **ORDER**
                       Defendant.
------------------------------------------------------------X

       It is hereby ordered that William J. Harrington, Esq., be appointed as counsel for the defendant, Anthony Hamilton, for all purposes, replacing Marisa Cabrera of the Federal Defenders of New York, Inc.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         June 10, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2021
```

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 9, 2021

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
New York, New York 10007

*Re: United States v. Anthony Hamilton, 21-Cr-128 (JGK)*

Dear Judge Koeltl:

    I am appointed counsel to represent Mr. Anthony Hamilton in the above referenced matter. Counsel submits this letter to have new counsel assigned to represent Mr. Hamilton in this matter. The attorney-client relationship in the wake of the upcoming pre-trial motions deadline has deteriorated in this case and new counsel should be appointed.

Respectfully Submitted,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Assistant Federal Defender