UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                              -against-

ANTHONY HAMILTON,
                              Defendant.
-------------------------------------------------------------------X

21 cr 128 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, October 1, 2021, at 12:00pm, 500 Pearl Street, New York, New York 10007, in Courtroom 14A,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **October 1, 2021** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                                     _/s/ John G. Koeltl_
                                                                                     **JOHN G. KOELTL**
                                                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           September 27, 2021