UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-　　　　　　　　　　　　　　　　　21 cr 128 (JGK)

ANTHONY HAMILTON,　　　　　　　　　　　　　　**ORDER**
               Defendant.
-------------------------------------------------------------X

    The Clerk is directed to strike Document 20. The Court will issue a corrected order.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 7, 2021