UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                          21 cr 128 (JGK)

-against-

                                             **SPEEDY TRIAL ORDER**

ANTHONY HAMILTON,
                          Defendant.
------------------------------------------------------------------X
**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, October 20, 2021, at 10:00am,** before the Honorable John G. Koeltl.

The Court, at a conference on the record on October 1, 2021, prospectively excluded the time from October 1, 2021, until October 20, 2021 in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court now confirms that exclusion.

**SO ORDERED.**

                                        **JOHN G. KOELTL**
                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 7, 2021