UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                                  21 cr 128 (JGK)

ANTHONY HAMILTON,
                Defendant.
-------------------------------------------------------------X

It is hereby ordered that Peter E. Brill, Esq., be appointed as counsel for the above-named defendant, for all purposes, replacing William J. Harrington, Esq.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         December 15, 2021