UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                              21-cr-128 (JGK)

ANTHONY HAMILTON                         ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **January 26, 2022** at **11:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel and to provide time for new counsel to familiarize himself with this case, the Court prospectively excludes the time from today, **December 15, 2021**, until **January 26, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            December 15, 2021

                                                    John G. Koeltl
                                      United States District Judge