```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

       - against -                    21-cr-128 (JGK)

ANTHONY HAMILTON,                ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the Court sets the following schedule:

Defense motions, if any, are due by **March 25, 2022**. The government must respond by **April 8, 2022**. The defendants must reply by **April 15, 2022**.

A conference is scheduled for **May 12, 2022, at 4:00 p.m.**

The government must produce any Fed. R. Evid. 404(b) evidence by **June 3, 2022**.

Motions in limine, voir dire, and requests to charge are due by **July 8, 2022**. Responses and objections are due by **July 15, 2022**.

The final pre-trial conference is scheduled for **September 8, 2022, at 4:00 p.m.** Trial will begin on **September 12, 2022, at 9:00 a.m.**

Because a continuance is needed to allow defense counsel time to decide what motions, if any, will be made, to assure the effective assistance of counsel, and to accommodate the parties' schedules, the Court prospectively excludes the time from today,

January 26, 2022, until **September 12, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
        January 26, 2022

                                            John G. Koeltl
                                  United States District Judge