**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

March 25, 2022

<u>Via ECF</u>
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *USA v. Anthony Hamilton*
             21 Cr. 128

Dear Judge Koeltl:

    I represent Anthony Hamilton. With the consent of the government, I am requesting an extension of our motion deadline from today until Monday, March 28, 2022.

    I am trying to coordinate with Mr. Hamilton about whether we intend to file motions at all, but will need the weekend to make a final decision.

    Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
3/25/22

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788