```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

UNITED STATES OF AMERICA

    - against -

ANTHONY HAMILTON,
              Defendant.

21-cr-128 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

The Court will hold an evidentiary hearing in connection with the defendant's motion to suppress on **May 16, 2022 at 10 a.m.** The Government should be prepared to offer any relevant testimony and exhibits including the testimony of Officers Jordan and Espinal.

SO ORDERED.
Dated:    New York, New York
           May 5, 2022

                                            John G. Koeltl
                                      United States District Judge