**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841   www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

May 9, 2022

**Via ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **USA v. Anthony Hamilton**
      **21 Cr. 128**

Dear Judge Koeltl:

I represent Anthony Hamilton. With the consent of the government, I am requesting that the May 16 date the Court set for hearings be adjourned, as I am not available on that date due to a number of other court commitments.

At the Court's convenience, my next available dates are May 27, June 3, June 8, and June 10.

AUSA Burnett and I were also unclear as to whether the Court was still planning on holding the previously scheduled status conference on May 12.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

---

*Handwritten note:*
ADJOURNED TO FRIDAY, JUNE 10, 2022, AT 10:00AM. THE MAY 12, 2022 CONFERENCE IS CANCELED.

SO ORDERED.
5/10/22
/s/ John G. Koeltl
USDJ

---

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788