UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -against-                                             21 cr 128 (JGK)

ANTHONY HAMILTON,                                                **ORDER**
                              Defendant.
-------------------------------------------------------------------X

The evidentiary hearing scheduled for Friday, June 10, 2022, at 10:00am, is **adjourned to**

**2:30pm, the same day.**

**SO ORDERED.**

_____
                                                    **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 12, 2022