# BRILL | LEGAL | GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Halcken*
James Moschella*
*Of Counsel

December 1, 2022

**Via ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Defense submissions are due today,
**Thursday, December 1, 2022.**
Government submissions are due
**Tuesday, December 6, 2022.**

Sentencing is set for **Monday,
December 12, 2022, at 4:30 p.m.**

SO ORDERED.

New York, New York
December 1, 2022

12/1/22         /s/ John G. Koeltl
                          U.S.D.J.

Re:   *USA v. Anthony Hamilton*
      21 Cr. 128

Dear Judge Koeltl:

I represent Anthony Hamilton. I had an unforeseen scheduling conflict on the date Mr. Hamilton was due to be sentenced and, in consultation with the Court's Deputy, we had discussed a new sentencing date of December 12, 2022, at 4:30 pm. I write to confirm that date is still available, as it does not appear on the docket.

I will be filing my sentencing submission today.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788