UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                                  21 cr 128 (JGK)

        -against-

                                  **ORDER OF REMAND**

ANTHONY HAMILTON,
                Defendant.
-----------------------------------------------------------------X

        For the reasons stated, today, the defendant, Anthony Hamilton, having been sentenced to 18 months imprisonment, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, to begin his sentence.

**SO ORDERED.**

                                                                  JOHN G. KOELTL
                                              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 20, 2022