UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

21 cr 128 (JGK)

ANTHONY HAMILTON,

Defendants.
-------------------------------------------------------------X

The conference scheduled for today is **adjourned to Thursday, October 8, 2026, at 3:00pm.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 24, 2026.