UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANTHONY HAMILTON,

Defendant.

21-cr-128 (JGK)

Order

John G. Koeltl, District Judge:

The conference scheduled for and held in part on October 7, 2026, is **adjourned** to **Wednesday, November 18, 2026, at 3:00 p.m.**

SO ORDERED.

Dated: New York, New York
October 7, 2026

John G. Koeltl
United States District Judge